UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RAFAEL CID, *on behalf of himself and all others similarly situated*,

                      Plaintiff,

-against-

BB MANAGEMENT OF NEW YORK CORP.,

                      Defendant.

------------------------------------- x

ORDER

20 Civ. 10054 (GBD)

GEORGE B. DANIELS, District Judge:

      Plaintiff's letter motion to stay or toll the statute of limitations under the Fair Labor Standards Act, (ECF No. 13), is DENIED without prejudice. Plaintiff has not presented any facts or evidence to demonstrate a need for a stay or tolling. While Plaintiff refers to counsel's "concern[]" regarding mediation and the "potential prejudice to the rights of any potential opt-ins," Plaintiff fails to explain the reason for such a concern, how mediation interferes with the purported collective's right to opt in, or what "potential prejudice" justifies tolling the statute of limitations. (*See* Letter Mot. to Stay the FLSA Collective's Statute of Limitations, ECF No. 13, at 1–2.)

      Accordingly, the Clerk of Court is directed to close the motion.

Dated: March 9, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE