# Tilton Beldner LLP

www.tiltonbeldner.com



626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

April 6, 2021

*Via ECF*
Hon. Judge George B. Daniels
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Cid v. BB Management of New York Corp.*
     *Index No.: 20-CV-10054 (GBD)*

SO ORDERED

The initial conference is adjourned from April 13, 2021 to May 4, 2021 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Dear Hon. Judge Daniels:

This office is co-counsel in our representation of the Defendant in this action, and I write on behalf of all parties to respectfully request an adjournment of the initial conference currently scheduled for April 13, 2021. This morning, the parties participated in the first session of a mediation, which was conducted through the Southern District mediation program. The discussion was productive, and the parties are going to continue discussing a potential resolution in the coming days. Accordingly, we respectfully request a two-week adjournment of the initial conference, so as to allow all parties to conserve resources while engaging in settlement discussions. This is the first request for an adjournment of the initial conference. Should the court grant this request, no future deadlines would be affected.

Thank you for your time and consideration regarding this matter.

Very truly yours,

/S/
Joshua Beldner

CC:  *VIA ECF*
     *Counsel for all parties*

*Tilton Beldner LLP*                    1