**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

RAFAEL CID, *on behalf of himself and all others similarly situated*,

      Plaintiff,

 -against-

BB MANAGEMENT OF NEW YORK CORP.,

      Defendant.

------------------------------------- x

ORDER

20 Civ. 10054 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on June 1, 2021 is hereby cancelled.

Dated: May 26, 2021
   New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE