**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RAFAEL CID, *on behalf of himself and all others*
*similarly situated*,

                           Plaintiff,

       -against-

BB MANAGEMENT OF NEW YORK CORP.,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SEP 2 3 2021

**ORDER**

20 Civ. 10054 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference scheduled to occur on September 28, 2021 is adjourned to November

2, 2021 at 9:45am.

Dated: September 23, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE