UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RAFAEL CID, *on behalf of himself and all others similarly situated*,

                          Plaintiff,

-against-

BB MANAGEMENT OF NEW YORK CORP.,

                          Defendant.

------------------------------------- x

ORDER

20 Civ. 10054 (GBD)

GEORGE B. DANIELS, District Judge:

    The parties' request for an extension of the fact discovery deadline from November 5, 2021 to December 20, 2021 is GRANTED. The status conference scheduled for November 2, 2021 is adjourned to January 11, 2022 9:45am.

Dated: October 25, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE