UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

RAFAEL CID, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-against-

BB MANAGEMENT OF NEW YORK CORP.,

                Defendant.

------------------------------------ x

FILED: JAN 1 0 2022

ORDER

20 Civ. 10054 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference scheduled for January 11, 2022 is cancelled. The final pretrial conference scheduled for January 11, 2022 is adjourned to April 26, 2022 at 9:45am.

Dated: January 10, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE