UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RAFAEL CID, *on behalf of himself and all others similarly situated*,

                      Plaintiff,

   -against-

BB MANAGEMENT OF NEW YORK CORP.,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 10054 (GBD)

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DATE FILED: FEB 2 2 2022**

GEORGE B. DANIELS, District Judge:

Defendant's request for an extension of time to file its motion for summary judgment is GRANTED. Defendant's motion is due March 11, 2022, Plaintiff's opposition is due April 22, 2022, and Defendant's reply, if any, is due May 6, 2022.

Oral argument on Defendant's motion for summary judgment is set for May 24, 2022 at 10:30am. The final pretrial conference scheduled for April 26, 2022 is canceled.

Dated: February 22, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE