UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RAFAEL CID, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

-against-

BB MANAGEMENT OF NEW YORK CORP.,

                    Defendant.

------------------------------------- x

ORDER

20 Civ. 10054 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiff's request for an extension of time to file its opposition to Defendant's motion for summary judgment is GRANTED. Plaintiff's opposition is due May 13, 2022 and Defendant's reply, if any, is due May 27, 2022.

Oral argument on Defendant's motion for summary judgment is adjourned from May 24, 2022 to May 31, 2022 at 10:30am.

Dated: April 20, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE