**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RAFAEL CID, on behalf of himself and all others
similarly situated,

                        Plaintiff,

          -against-                                  20 **CIVIL** 10054 (GBD)

                                              **JUDGMENT**

BB MANAGEMENT OF NEW YORK CORP.,

                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Decision and Order dated September 7, 2022, Defendant's

motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        September 8, 2022

                                         **RUBY J. KRAJICK**

                                    _____

                                        **Clerk of Court**

                         **BY:**          K. mango

                                    _____

                                        **Deputy Clerk**